IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARINA BIBIANO BAILON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> H2S HOLDINGS, LLC; HERE TO ) <br> SERVE RESTAURANTS, INC.; ) <br> BIG FISH ENTERPRISES, INC.; ) <br> OASIS OUTSOURCING, INC.; ) <br> LEIGH CATHERALL; and ) <br> THOMAS CATHERALL, ) <br> ) <br> Defendants. ) <br> _____) | CIVIL ACTION <br><br> NO. 1:15-cv-03664-SCJ <br><br> COLLECTIVE ACTION <br> COMPLAINT |

~~PROPOSED~~ ORDER

This motion comes to the Court upon the Consent Motion for Dismissal with Prejudice of all Claims Against Defendants Oasis Outsourcing, Inc. and Thomas Catherall. After reviewing the Motion, all of the claims brought against Defendants Oasis Outsourcing, Inc. and Thomas Catherall are hereby dismissed with prejudice.

Done in Chambers this 13th day of May, 2016.

/s/ Steve C. Jones
HONORABLE STEVE C. JONES
Judge, United States District Court

FPDOCS 31671837.1