IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARINA BIBIANO BAILON,<br><br>    Plaintiff,<br><br>v.<br><br>HS2 HOLDINGS, INC.; HERE TO SERVE RESTAURANTS, INC.; and LEIGH CATHERALL,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:15-CV-3664-SCJ |

## O R D E R

Counsel for the Plaintiff having advised the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 3rd day of November, 2016.

                                                  s/Steve C. Jones
                                                  STEVE C. JONES
                                                  UNITED STATES DISTRICT JUDGE